MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone:  (415) 977-8928
        Facsimile:  (415) 744-0134
        E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. STEPHENS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>        Defendant. | CIVIL NO. 3:13-CV-05156-RS<br><br> ORDER<br>STIPULATION FOR EXTENSION OF<br>TIME FOR DEFENDANT TO FILE<br>ANSWER AND CERTIFIED<br>ADMINISTRATIVE RECORD (FIRST<br>REQUEST) |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 8 days, from March 3, 2014 to March 11, 2014, to file an Answer to Plaintiff's Complaint and the certified administrative record.  The Office of Disability Adjudication and Review is experiencing a backlog in preparing certified transcripts in pending court cases, and needs a short extension in order to prepare the certified administrative record in this case.

Stip for EOT, 3:13-CV-05156-RS                    1

1

2          Respectfully submitted,

3                                            MELINDA L. HAAG
                                             United States Attorney
4

5   Dated: March 3, 2014           By: /s/ Marla K. Letellier
                                             MARLA K. LETELLIER
6                                            Special Assistant United States Attorney
                                             Attorneys for Defendant
7

8
                                             DAVID J. LINDEN, ATTORNEY AT LAW
9

10  Dated: March 3, 2014           By: /s/ David J. Linden
                                             DAVID J. LINDEN
11                                           Attorney for Plaintiff
                                             (as approved by phone and email on March 3, 2014)
12

13  OF COUNSEL:

14  Marla K. Letellier
    Assistant Regional Counsel
15

16

17
                        PURSUANT TO STIPULATION, IT IS SO ORDERED:
18

19

20  DATED:__3/4/14_____     _____
                                             HON. RICHARD SEEBORG
21                                           UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28
    Stip for EOT, 3:13-CV-05156-RS              2