MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. STEPHENS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:13-CV-05156-RS<br><br>ORDER<br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST) |

    The parties through their respective counsel, stipulate that the time for the Commissioner to respond to Plaintiff's Motion for Summary Judgment be extended thirty days from April 29, 2014 to May 29, 2014. This is Defendant's first request for an extension to respond to Plaintiff's Motion for Summary Judgment.

    This request is the result of a heavy workload for counsel responsible for briefing this case. For example, counsel for Defendant is responsible for briefing dispositive motions in five additional cases between April 28, 2014 and May 5, 2014, as well as one Ninth Circuit brief and additional agency

Stip for EOT, 3:13-CV-05156-RS                        1

matters. Additionally, Counsel for Defendant was unexpectedly out of the office on April 28, 2014 in order to care for a sick child.

Respectfully submitted,

                                      MELINDA L. HAAG
                                      United States Attorney

Dated: April 29, 2014         By: /s/ *Marla K. Letellier*
                                      MARLA K. LETELLIER
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

                                      DAVID J. LINDEN, ATTORNEY AT LAW

Dated: April 29, 2014         By: */s/ David J. Linden*
                                      DAVID J. LINDEN
                                      Attorney for Plaintiff
                                      (as approved by phone and email on April 29, 2014)

                  PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 4/29/14                _____
                                  HON. RICHARD SEEBORG
                                  UNITED STATES DISTRICT JUDGE