MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. STEPHENS,<br><br>     Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>     Defendant. | CIVIL NO. 3:13-CV-05156-RS<br><br>ORDER<br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST) |

The parties through their respective counsel, stipulate that the time for the Commissioner to respond to Plaintiff's Motion for Summary Judgment be extended fourteen days from May 29, 2014 to June 12, 2014.  This is Defendant's second request for an extension to respond to Plaintiff's Motion for Summary Judgment.

This request for a short, fourteen day extension is the result of a heavy workload for counsel responsible for briefing this case.  For example, counsel for Defendant is responsible for significant agency matters such as two legal opinions for agency components and multiple civil rights matters, as

Stip for EOT, 3:13-CV-05156-RS                    1

well as briefing dispositive motions in three additional cases between April 27, 2014 and June 2, 2014.

Respectfully submitted,

MELINDA L. HAAG
United States Attorney

Dated: May 27, 2014                By: /s/ Marla K. Letellier
                                   MARLA K. LETELLIER
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

                                   DAVID J. LINDEN, ATTORNEY AT LAW

Dated: May 27, 2014                By: /s/ David J. Linden
                                   DAVID J. LINDEN
                                   Attorney for Plaintiff
                                   (as approved by email on May 27, 2014)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 5/28/14

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Stip for EOT, 3:13-CV-05156-RS                2