David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Edward B. Stephens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD B. STEPHENS, | Case No. 3:13-cv-05156-RS |
| Plaintiff, | STIPULATION AND (~~PROPOSED~~) ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file his Reply herein is hereby extended for a period of thirty days. Plaintiff's Reply is due to be filed June 26, 2014. Because of workload in other matters and previously planned vacation time, plaintiff's attorney is unable to meet that deadline. With this stipulation and order plaintiff's time to file is extended to Friday, July 25, 2014.

Stephens v. Colvin, Case 3:13-cv-05156-RS, Stipulation and Order Extending

Plaintiff's Time to File Reply- 1

This is plaintiff's first request for an extension.

Dated:   June 19, 2014                   /s/ David J. Linden
                                         DAVID J. LINDEN
                                         Attorney at Law
                                         Attorney for Plaintiff


Dated:   June 19, 2014                   /s/ Marla K. Letellier
                                         [Authorized via electronic mail 06/19/2014]
                                         MARLA K. LETELLIER
                                         Special Assistant United States Attorney
                                         Of Attorneys for Defendant


PURSUANT TO STIPULATION IT IS SO ORDERED.


Dated: 6/23/14     _____
                   UNITED STATES DISTRICT JUDGE

Stephens v. Colvin, Case 3:13-cv-05156-RS, Stipulation and Order Extending Plaintiff's Time to File Reply- 2